UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

In re COMMISSIONER'S SUBPOENA TO ) No. SA 04 CA 0954 OG
RACKSPACE MANAGED HOSTING )

## CORPORATE DISCLOSURE STATEMENT

The following statement is submitted pursuant to Federal Rule of Civil Procedure 7.1:

The Electronic Frontier Foundation ("EFF") is a 501(c)(3) non-profit corporation incorporated in the State of Massachusetts. EFF does not have any parent corporation, nor does any publicly held corporation own 10% or more of its stock.

The Urbana-Champaign Independent Media Center Foundation ("UCIMC") is a 501(c)(3) non-profit corporation incorporated in the State of Illinois. UCIMC does not have any parent corporation, nor does any publicly held corporation own 10% or more of its stock.

Respectfully submitted by,

James A. Hemphill (by PDK w/ permission)
#11296650
James A. Hemphill
State Bar No. 00787674
W. Reid Wittliff
State Bar No. 00791951
GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2200
Austin, Texas 78701
Telephone: (512) 480-5600
Facsimile: (512) 478-1976

Local Counsel for Movants
ELECTRONIC FRONTIER FOUNDATION, URBANA-CHAMPAIGN INDEPENDENT MEDIA CENTER FOUNDATION and JEFFREY MOE.

Lee Tien, Esq.
Kurt Opsahl, Esq.
Kevin Bankston, Esq.
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110-1914
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Appearing Pro Se, and Counsel for Movants
URBANA-CHAMPAIGN INDEPENDENT MEDIA CENTER
FOUNDATION, and JEFFREY MOE.