Filed 12/13/04
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

SA04CA0954 OG 

IN RE COMMISSIONER'S
SUBPOENA TO RACKSPACE          Case No.: _____
MANAGED HOSTING

## ORDER

BE IT REMEMBERED on this the 13 day of December, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Lee Tien, counsel for the Electronic Frontier Foundation, Urbana-Champaign Independent Media Center Foundation, and Jeffrey Moe, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Lee Tien may appear on behalf of the Electronic Frontier Foundation, Urbana-Champaign Independent Media Center Foundation and Jeffrey Moe in the above case.

IT IS FURTHER ORDERED that Lee Tien, if he has not already done so, shall immediately tender the amount of $25.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Rule AT-1(f)(1).

SIGNED this the 13 day of December, 2004.

_____
UNITED STATES DISTRICT JUDGE

