Filed **12/13/04**

Clerk, U. S. District Court
Western District of Texas

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

By _____ Deputy

**IN RE COMMISSIONER'S**
**SUBPOENA TO RACKSPACE**
**MANAGED HOSTING**

**SA04CA0954OG**

Case No.: _____

---

### ORDER

BE IT REMEMBERED on this the /2 day of _December_ _____, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Kurt B. Opsahl, counsel for the Electronic Frontier Foundation, Urbana-Champaign Independent Media Center Foundation, and Jeffrey Moe, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Kurt B. Opsahl may appear on behalf of the Electronic Frontier Foundation, Urbana-Champaign Independent Media Center Foundation and Jeffrey Moe in the above case.

IT IS FURTHER ORDERED that Kurt B. Opsahl, if he has not already done so, shall immediately tender the amount of $25.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Rule AT-1(f)(1).

SIGNED this the /3 day of _December_ _____.

_____
**UNITED STATES DISTRICT JUDGE**